JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RECIO TORRES OSMEL,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID MARIN, WARDEN, ETC., ET AL.,<br><br>    Respondents. | No. ED CV 26-1548-E<br><br>JUDGMENT |

Pursuant to the "Order Re Habeas Petition," it is adjudged that Respondents must release Petitioner from detention immediately, subject to the conditions of his previous parole.

Dated: April 29, 2026.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE